

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00216-CR

Luis Antonio **ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5532
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extensions of time to file the brief, Appellant's brief was due on November 27, 2019. *See* TEX. R. APP. P. 38.6(a). After the twice-extended due date, Appellant filed a third motion for a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED; the brief is due on December 17, 2019.

Any further motion for extension of time to file Appellant's brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court